# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murtha, J. Garvan | U.S. District Court - Vermont | 7/26/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Limited Partnership #1 |
| 2. | Partner | Limited Partnership #2 |
| 3. | Partner | Limited Partnership #3 |
| 4. | Partner | Limited Partnership #4 |
| 5. | Trustee | Trust #1 |
| 6. | Trustee | Trust #2 |
| 7. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Murtha, J. Garvan**

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Accenture PLC Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Common Stock | | None | | | Sold | 08/11/10 | J | D | |
| 3. Automatic Data Processing Stock | A | Dividend | | | Sold | 08/11/10 | J | A | |
| 4. Bemis Company Common Stock | A | Dividend | | | Sold | 08/11/10 | J | A | |
| 5. Cisco Systems Common Stock | | None | | | Sold | 04/13/10 | J | A | |
| 6. CVS Corp. Stock | A | Dividend | | | Sold | 03/11/10 | J | A | |
| 7. Columbia Crest Gold Corp Stock fmrly Eaglecrest Explorations | | None | J | T | | | | | |
| 8. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 9. Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 10. Exxon-Mobil Common Stock | A | Dividend | K | T | | | | | |
| 11. GS Federal Fund #520 | A | Interest | | | Sold | 04/16/10 | J | | |
| 12. Fortune Brands Stock | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 13. FPL Group Inc. Stock | A | Dividend | | | Sold | 03/11/10 | J | A | |
| 14. BSL Money Mkt Fund | A | Interest | J | T | Buy | 03/11/10 | J | | |
| 15. (Income Money Market Fund) - Trust Co. of VT | A | Interest | J | T | | | | | |
| 16. Intel Corp. Stock | A | Dividend | J | T | | | | | |
| 17. iShare Midcap Index 400 Fund | A | Dividend | | | Sold | 03/11/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShare MSCI Fund | A | Dividend | | | Sold | 03/11/10 | J | | |
| 19. iShare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 20. Kaman Corp. Common Stock | A | Dividend | J | T | | | | | |
| 21. Kraft Foods, Inc. Stock | A | Dividend | | | Sold | 08/10/10 | J | A | |
| 22. McDonald's Corp. Stock | A | Dividend | J | T | | | | | |
| 23. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 24. Microsoft Corp. Stock | A | Dividend | J | T | | | | | |
| 25. Northern Trust Gov't Select Fund | A | Interest | J | T | Buy | 07/01/10 | J | | |
| 26. Omnicom Group Common Stock | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 27. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 28. PIMCO Commodity Fund | A | Dividend | | | Sold | 03/10/10 | J | | |
| 29. PIMCO Real Return Fund | A | Dividend | | | Sold | 10/13/10 | J | A | |
| 30. Procter & Gamble Stock | A | Dividend | J | T | | | | | |
| 31. Sysco Corp. Stock | A | Dividend | J | T | Buy | 08/10/10 | J | | |
| 32. Vanguard Emerging Mkts Stock | A | Dividend | J | T | | | | | |
| 33. Vanguard Infl. Prot. Fund | A | Interest | J | T | Buy | 01/30/10 | J | | |
| 34. Waste Management Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Merchants Bank Account | A | Interest | J | T | | | | | |
| 36. Brattleboro Country Club Bond | A | Interest | J | W | | | | | |
| 37. Brattleboro Tennis Club, VT Stock | | None | J | W | | | | | |
| 38. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 39. ▒ Limited Partnership #1 | D | Div. & Int. | | | Closed | 05/31/10 | N | | See Note #1 |
| 40. - Automatic Data Processing Stock | | | | | Sold | 05/19/10 | J | B | |
| 41. - Becton Dickinson Stock | | | | | Sold | 05/19/10 | K | D | |
| 42. - CVS Caremark | | | | | Sold | 05/11/10 | K | D | |
| 43. - Columbia Dividend Income Fund | | | | | Sold | 05/17/10 | K | D | |
| 44. - Columbia Lg. Cap Growth Fund | | | | | Sold | 05/17/10 | K | D | |
| 45. - Columbia Mid-Cap Index Fund | | | | | Sold | 05/17/10 | K | D | |
| 46. - Columbia Small Cap Index Fund | | | | | Sold | 05/17/10 | K | D | |
| 47. - Dreyfus Tax Exempt Fund | | | | | Sold | 05/31/10 | K | | |
| 48. - MFS Ser Int'l Fund | | | | | Sold | 05/18/10 | K | C | |
| 49. - Oracle Stock | | | | | Sold | 05/19/10 | K | D | |
| 50. - Pepsico Stock | | | | | Sold | 05/19/10 | K | E | |
| 51. - Procter & Gamble Stock | | | | | Sold | 05/19/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Target Stock | | | | | Sold | 05/19/10 | K | D | |
| 53. - United Technologies Stock | | | | | Sold | 05/19/10 | K | D | |
| 54. - Vanguard Int'l Index Fund | | | | | Sold | 05/19/10 | K | | |
| 55. ▨ Limited Partnership #2 | F | Div. & Int. | | | Merged (with line 94) | 04/27/10 | P1 | | See Note #2 |
| 56. - AT&T Inc. Stock | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 57. - BA Diversified Real Estate Fund | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 58. - Caterpillar Stock | | | | | Merged (with line 94) | 04/27/10 | O | | |
| 59. - Coca Cola | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 60. - Columbia Acorn Int'l Fund | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 61. - Columbia Dividend Income Fund | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 62. - Columbia Mid Cap Fd | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 63. - Grosevenor Multi-Strategy Fund fmrly Columbia Multi Str'gy | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 64. - Columbia Small Cap Index Fund | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 65. - CSX Corp. Stock | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 66. - Disney Stock | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 67. - Dreyfus Tax Exempt Fund | | | | | Sold | 04/27/10 | O | | |
| 68. - Exxon Mobil Stock | | | | | Merged (with line 94) | 04/27/10 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50.000.000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Franklin Res. Stock | | | | | Merged (with line 94) | 04/27/10 | N | | |
| 70. - Genzyme Stock | | | | | Merged (with line 94) | 04/27/10 | K | | |
| 71. - Hewlett Packard Stock | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 72. - MFS Ser Int'l Fund | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 73. - Morgan J.P. Chase Stock | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 74. - Procter & Gamble Stock | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 75. - Royal Dutch Shell Stock | | | | | Merged (with line 94) | 04/27/10 | N | | |
| 76. - Staples Stock | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 77. - Teva Pharmaceutical Stock | | | | | Merged (with line 94) | 04/27/10 | M | | |
| 78. - United Technologies Stock | | | | | Merged (with line 94) | 04/27/10 | L | | |
| 79. Limited Partnership #3 | C | Int./Div. | | | Closed | 08/09/10 | M | | See Note #3 |
| 80. - Becton Dickinson Stock | | | | | Sold | 01/21/10 | K | E | |
| 81. - CMG Ultra Short Term Bond Fund | | | | | Buy | 01/19/10 | L | | |
| 82. - CMG Ultra Short Term Bond Fund | | | | | Sold | 05/24/10 | L | | |
| 83. - Columbia Contrarian Core Fund | | | | | Buy | 01/19/10 | L | | |
| 84. - Columbia Contrarian Core Fund | | | | | Sold | 05/24/10 | L | | |
| 85. - CVS Caremark | | | | | Sold | 01/21/10 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Columbia Mid Cap Index Fund | | | | | Sold | 05/24/10 | K | D | |
| 87. - Columbia Small Cap Index Fund | | | | | Sold | 05/24/10 | K | D | |
| 88. - Dreyfus Tax Exempt Fund | | | | | Sold | 08/09/10 | M | | |
| 89. - IShares MSCI Index Fund | | | | | Buy | 01/21/10 | K | | |
| 90. - IShares MSCI Index Fund | | | | | Sold | 05/26/10 | K | | |
| 91. - Oracle Stock | | | | | Sold | 01/21/10 | K | E | |
| 92. - Target Stock | | | | | Sold | 01/21/10 | K | D | |
| 93. - United Technologies Stock | | | | | Sold | 01/21/10 | L | E | |
| 94. Limited Partnership #4 | G | Int./Div. | P2 | T | | | | | |
| 95. - Apple Stock | | | | | Buy | 09/20/10 | L | | |
| 96. - AT&T Stock | | | | | | | | | |
| 97. - Avon Prod. Stock | | | | | Buy | 09/20/10 | K | | |
| 98. - BA Diversified Real Est Fund | | | | | | | | | |
| 99. - Caterpillar Stock | | | | | | | | | |
| 100. - Coca Cola Stock | | | | | | | | | |
| 101. - Columbia Acorn Int'l Fund | | | | | | | | | |
| 102. - Columbia CT Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Columbia CT Muni Bd Fund | | | | | Buy | 11/10/10 | N | | |
| 104. - Columbia Div. Inc. Fund | | | | | | | | | |
| 105. - Columbia Mid Cap Fd | | | | | | | | | |
| 106. - Columbia Mngt Hedge Fd | | | | | Sold | 10/20/10 | M | E | |
| 107. - Columbia Small Cap Fd | | | | | | | | | |
| 108. - Conn St GO Bds | | | | | Buy | 11/26/10 | L | | |
| 109. - Conn St Tax Oblig Bds | | | | | Buy | 11/10/10 | L | | |
| 110. - CSX Corp. Stock | | | | | | | | | |
| 111. - Disney Stock | | | | | | | | | |
| 112. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 113. - Exxon Mobil Stock | | | | | | | | | |
| 114. - Federated Secs Instl Shs | | | | | Buy | 12/13/10 | M | | |
| 115. - Nextera Energy Stock, formerly FPL Group Stock | | | | | | | | | |
| 116. - Franklin Res | | | | | | | | | |
| 117. - Genzyme Stock | | | | | | | | | |
| 118. - Grosvenor Reg Multi-Strategy Fund | | | | | | | | | |
| 119. - Harbor Int'l Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Hewlett Packard Stock | | | | | | | | | |
| 121. - iShares Inc. MSCI Austral. Index Fund | | | | | Buy | 09/09/10 | K | | |
| 122. - iShares Inc. MSCI Brazil Index Fund | | | | | Buy | 09/10/10 | K | | |
| 123. - iShares Inc. MSCI CDA Index Fund | | | | | Buy | 09/10/10 | K | | |
| 124. - iShares Inc. MSCI Singapore Index Fund | | | | | Buy | 09/10/10 | K | | |
| 125. - iShares S&P Natl Amt-Free Bd Fund | | | | | Buy | 09/10/10 | K | | |
| 126. - Johnson & Johnson Stock | | | | | | | | | |
| 127. - Kellogg Stock | | | | | Sold | 04/16/10 | K | C | |
| 128. - McDonald's Stock | | | | | Buy | 09/20/10 | K | | |
| 129. - MFS Ser Int'l Fund | | | | | | | | | |
| 130. - MFS Ser Tr I Resh Int'l Fund | | | | | | | | | |
| 131. - Microsoft Stock | | | | | | | | | |
| 132. - Minneapolis Sch Dist Bds | | | | | Buy | 11/26/10 | L | | |
| 133. - Monsanto Stock | | | | | Sold | 05/18/10 | K | | |
| 134. - Morgan J.P. Chase Stock | | | | | | | | | |
| 135. - Municipal Assist Corp GO Bds | | | | | Buy | 11/30/10 | L | | |
| 136. - Omaha Neb Rev Ref Bds | | | | | Buy | 11/18/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Pasadena Tx Rev Ref Bds | | | | | Buy | 11/29/10 | L | | |
| 138. - Peters Sch Dist Wash Ref Bds | | | | | Buy | 12/08/10 | L | | |
| 139. - PIMCO Commod Real Return Fund | | | | | Buy | 09/08/10 | M | | |
| 140. - Procter & Gamble Stock | | | | | | | | | |
| 141. - Royal Dutch Shell Stock | | | | | | | | | |
| 142. - Staples Stock | | | | | | | | | |
| 143. -S/W Ill Dev Auth Bds | | | | | Buy | 11/23/10 | K | | |
| 144. - Teva Pharmaceutical Stock | | | | | | | | | |
| 145. - United Technologies Stock | | | | | | | | | |
| 146. - U.S. Bankcorp Del | | | | | Sold | 09/20/10 | K | | |
| 147. - Vanguard Int'l Fund | | | | | | | | | |
| 148. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 149. - 3M Stock | | | | | Buy | 08/10/10 | J | | |
| 150. - Abbott Labs Stock | | | | | | | | | |
| 151. - Accenture Ltd. Stock | | | | | | | | | |
| 152. - Apache Corp. Stock | | | | | | | | | |
| 153. - Automatic Data Processing Stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Bank of America Stock | | | | | | | | | |
| 155. - Bemis Stock | | | | | | | | | |
| 156. - BPPLC Stock | | | | | Sold | 06/15/10 | J | | |
| 157. - CGM Focus Fund | | | | | Sold | 02/03/10 | J | | |
| 158. - Citigroup Stock | | | | | | | | | |
| 159. - Colgage Palmolive Stock | | | | | Buy | 06/22/10 | J | | |
| 160. - Conoco Phillips Stock | | | | | | | | | |
| 161. - CVS Corp. Stock | | | | | Sold | 06/22/10 | J | | |
| 162. - Dover Corp. Stock | | | | | Sold | 08/10/10 | J | A | |
| 163. - Emerson Electric Stock | | | | | Buy | 02/09/10 | J | | |
| 164. - Fed Home Mtg Corp | | | | | Sold | 07/30/10 | J | | |
| 165. - Fortune Brands Stock | | | | | Sold | 11/10/10 | J | | |
| 166. - Franklin Res. Stock | | | | | | | | | |
| 167. - GS Federal Fund | | | | | Sold | 05/06/10 | J | | |
| 168. - HCP Stock | | | | | | | | | |
| 169. - Illinois Tool Wks Stock | | | | | | | | | |
| 170. - iShare MSCI Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - iShare Midcap Fund | | | | | | | | | |
| 172. - iShare Small Cap Fund | | | | | | | | | |
| 173. - Johnson & Johnson Stock | | | | | | | | | |
| 174. - Kimco Realty Stock | | | | | | | | | |
| 175. - Lowes Co. Stock | | | | | Buy | 02/03/10 | J | | |
| 176. - Mathews Asian Fund | | | | | | | | | |
| 177. - Mathews China Fund | | | | | Buy | 02/03/10 | J | | |
| 178. - Maxim Integrated Prods. Stock | | | | | | | | | |
| 179. - Microsoft Corp. | | | | | | | | | |
| 180. - MSC Industrial Direct Stock | | | | | Sold | 02/09/10 | J | | |
| 181. - Nextera Energy Stock, formerly FPL Group Stock | | | | | | | | | |
| 182. - Nokia Stock | | | | | | | | | |
| 183. - Northern Trust Gov't Select Fund | | | | | Buy | 08/01/10 | J | | |
| 184. - Novartis Stock | | | | | | | | | |
| 185. - Omnicom Group Stock | | | | | | | | | |
| 186. - Pepsico, Inc. Stock | | | | | | | | | |
| 187. - PIMCO Short Term Inst'l Fund | | | | | Buy | 08/11/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. - Procter & Gamble Stock | | | | | | | | | |
| 189. - Royal Dutch Shell Stock | | | | | | | | | |
| 190. - Sanofi Aventis Stock | | | | | | | | | |
| 191. - Spectra Energy Stock | | | | | Buy | 06/22/10 | J | | |
| 192. - Stryker Corp. Stock | | | | | | | | | |
| 193. - Target Corp. Stock | | | | | | | | | |
| 194. - United Technologies Stock | | | | | | | | | |
| 195. - US Bancorp Stock | | | | | | | | | |
| 196. - US Tips Bond | | | | | | | | | |
| 197. - Vanguard Emergin Mkts Stock | | | | | | | | | |
| 198. - Wells Fargo Stock | | | | | | | | | |
| 199. Trust #2 | E | Div. & Int. | P1 | T | | | | | |
| 200. - Coca Cola | | | | | | | | | |
| 201. - Columbia Acorn Fund Class Z | | | | | Buy | 12/01/10 | L | | |
| 202. - Columbia Dividend Income Fund | | | | | | | | | |
| 203. - Columbia Large Cap Growth Fund | | | | | | | | | |
| 204. - Conn St Spl Tax OB/IG Bond | | | | | Buy | 11/10/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 206. - Federated Adj Rate Secs Bond | | | | | Buy | 12/13/10 | N | | |
| 207. - iShares S&P Pfd Stk Index Fund | | | | | Buy | 12/27/10 | L | | |
| 208. - JP Morgan Chase Dep Shs | | | | | Buy | 12/15/10 | K | | |
| 209. - Kaman Stock | | | | | | | | | |
| 210. - MFS Ser Int'l Fund | | | | | | | | | |
| 211. - Milford Conn Bond | | | | | Buy | 11/19/10 | K | | |
| 212. - PIMCO Comm Real Return fund | | | | | Buy | 07/06/10 | L | | |
| 213. - Reg'l Sch Dist #5 Conn Bond | | | | | Buy | 12/03/10 | K | | |
| 214. - Reg'l Sch Dist #14 Conn Bond | | | | | Buy | 11/23/10 | K | | |
| 215. - Reg'l Sch Dist #16 Conn Bond | | | | | Buy | 11/15/10 | K | | |
| 216. - Sherman Conn Bond | | | | | Buy | 11/08/10 | K | | |
| 217. - Teva Pharmaceutical Fund | | | | | | | | | |
| 218. - Torrington Conn Bond | | | | | Buy | 12/01/10 | K | | |
| 219. - U.S. Bancorp Sr Mtn Bond | | | | | Buy | 10/15/10 | K | | |
| 220. - Vanguard REIT ETF Fund | | | | | Buy | 07/08/10 | K | | |
| 221. - Woodstock, CT Bond | | | | | Buy | 10/29/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Merrill Lynch IRA | C | Div. & Int. | M | T | | | | | |
| 223. - Aberdeen Equity Fund | | | | | Sold | 10/07/10 | J | | |
| 224. - Blackrock Global Fund | | | | | | | | | |
| 225. - Citigroup Stock | | | | | Sold | 10/07/10 | J | | |
| 226. - Fiduciary/Clay MLP Opp Fund | | | | | Buy | 08/13/10 | J | | |
| 227. - First Tr Consumer Discrt Fund | | | | | Buy | 10/06/10 | J | | |
| 228. - First Tr Exchg Traded Fund | | | | | Buy | 10/06/10 | J | | |
| 229. - First Tr Financials Fund | | | | | Buy | 10/06/10 | J | | |
| 230. - First Tr ISE Revere Fund | | | | | Sold | 04/22/10 | J | | |
| 231. - First Tr Materials Fund | | | | | Buy | 10/06/10 | J | | |
| 232. - First Tr Mid Cap Core Fund | | | | | Buy | 06/16/10 | J | | |
| 233. - First Tr Nasdaq Fund | | | | | | | | | |
| 234. - First Tr SR Fl II Fund | | | | | Buy | 04/05/10 | J | | |
| 235. - Franklin Strategic Fund | | | | | | | | | |
| 236. - Hartford Cap Apprec. Fund | | | | | | | | | |
| 237. - Hartford Floating Rate Fund | | | | | Buy | 04/05/10 | J | | |
| 238. - Henderson Int'l Fund | | | | | Sold | 04/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Highland Long/Short Fund | | | | | Sold | 10/06/10 | J | | |
| 240. - iShares Cohen & Steers Fund | | | | | Buy | 01/10/10 | J | | |
| 241. - iShares MSCI CDA Index Fund | | | | | Buy | 04/29/10 | J | | |
| 242. - iShares MSCI Mexico Free Fund | | | | | Buy | 10/06/10 | J | | |
| 243. - iShares MSCI Thailand Fund | | | | | Buy | 06/16/10 | J | | |
| 244. - iShares MSCI Turkey Fund | | | | | Buy | 10/06/10 | J | | |
| 245. - iShares Russell Midcap Fund | | | | | Sold | 05/24/10 | J | | |
| 246. - iShares S&P Latin America Fund | | | | | Buy | 10/06/10 | J | | |
| 247. - iShares Silver TR | | | | | Buy | 12/09/10 | J | | |
| 248. - iShares TR Fund | | | | | Buy | 01/10/10 | J | | |
| 249. - Ivy Asset Strategy Fund | | | | | | | | | |
| 250. - JPM Chase Cap XVI Stock | | | | | Buy | 10/08/10 | J | | |
| 251. - Janus Forty Fund | | | | | Sold | 10/06/10 | J | | |
| 252. - Kayne Anderson MLP Fund | | | | | Buy | 01/07/10 | J | | |
| 253. - Legg Mason Fund | | | | | Sold | 04/06/10 | J | | |
| 254. - MFS Value Fund | | | | | Sold | 05/18/10 | J | | |
| 255. - Mainstay High Yield Fund | | | | | Buy | 10/08/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,000 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - Market Vectors ETF Fund | | | | | Buy | 10/06/10 | J | | |
| 257. - Morgan Stanley Cap TR IV Stock | | | | | Buy | 10/08/10 | J | | |
| 258. - Natixis ASG Global Fund | | | | | Sold | 04/05/10 | J | | |
| 259. - PIMCO Emerg Mkts Bd Fund | | | | | | | | | |
| 260. - Pioneer Cullen Value Fund | | | | | Sold | 05/20/10 | J | | |
| 261. - PowerShares TR Dynamic Fund | | | | | Sold | 07/20/10 | J | | |
| 262. - PowerShares DWA Emerg Mkt Fund | | | | | Buy | 10/06/10 | J | | |
| 263. - PowerShares S&P SC Energy Fund | | | | | Buy | 01/07/10 | J | | |
| 264. - Rydex ETF TR Index Fund | | | | | Buy | 03/17/10 | J | | |
| 265. - Rydex ETF TR Fund | | | | | Buy | 03/10/10 | J | | |
| 266. - SPDR Gold Trust | | | | | | | | | |
| 267. - SunAmerica Strategic Fund | | | | | | | | | |
| 268. - Van Eck Global Fund | | | | | Sold | 03/02/10 | J | | |
| 269. - Vanguard Growth ETF | | | | | Sold | 03/17/10 | J | | |
| 270. - Vanguard Total Fund | | | | | | | | | |
| 271. - Wells Fargo Cap | | | | | Buy | 10/11/10 | J | | |
| 272. Trust #1 (X) Income Beneficiary | D | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C 1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1, Line 39: [ ] Limited Partnership liquidated  Cash distributed to partners.

Note #2, Line 55 [ ] Limited Partnership merged with [ ] Limited Partnership #4.

Note #3, Line 79: [ ] Limited Partnership liquidated.  Cash distributed to Partners.

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 7/26/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Garvan Murtha**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544